# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RONALD MOBLEY, individually and on behalf of similarly situated invidividuals <br><br> Plaintiffs <br><br> v. <br><br> CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC <br><br> Defendants | CIVIL ACTION NO. 1:21-cv-00920-SMV-JHR |

## REQUEST FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, RONALD MOBLEY, by and through his undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests entry of a default by the Clerk of Court against Defendants, CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC, for failure to plead or otherwise defend as required by law in response to the Complaint, and states as follows:

1. On September 20, 2021, Plaintiff filed a Complaint against Defendants, CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC, for failure to pay Plaintiff the federally mandated overtime wages as provided under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b) ("FLSA"). (Doc. 1).

2. Defendants, CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC, were served on September 28, 2021. (Docs. 3 and 4).

3. As of the filing of this Motion, Defendants, CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC, has failed to plead or otherwise defend as required by law in response to the Complaint.

WHEREFORE, Plaintiff respectfully **requests** that in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the clerk enter a default against Defendants, CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC, for failure to plead or otherwise defend required by law in response to the Complaint.

DATED this October 22, 2021.

Respectfully submitted,

**TRAN LAW FIRM**

  /s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on October 22, 2021, to Defendants' registered agent via first class mail and CIG Logistic's general counsel Daniel Carter via email daniel.carter@ciglogistics.com

CIG Logistics LLC and Continental Intermodal Group - Trucking LLC
through their registered agent:
Capitol Document Services, Inc.
55 Old Santa Fe Trail, 2nd Floor
Santa Fe, NM 87501

                                                  /s/ *Trang Q. Tran*
                                                  Trang Q. Tran

REQUEST FOR ENTRY OF CLERK'S DEFAULT