# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **RONALD MOBLEY, individually and on behalf of similarly situated invidividuals**　　**Plaintiffs**　　v.　　**CIG LOGISTICS LLC, AND CONTINENTAL INTERMODAL GROUP - TRUCKING LLC**　　**Defendants** | **CIVIL ACTION NO. 1:21-cv-00920-SMV-JHR** |

## UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and attorney fees

Respectfully submitted,

**TRAN LAW FIRM**

　/s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 21-278 (For the District of New Mexico)
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

1

2

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on November 8, 2021, he conferred with Defendants' counsel of record, Ryan Marrone, who advised that Defendants does not object to the actions sought by this Motion.

/s/ *Trang Q. Tran*
TRANG Q. TRAN

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on November 9, 2021, to all counsel of record via the Court's CM/ECF system.

/s/ *Trang Q. Tran*
Trang Q. Tran